SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC 1 2 2016

CLERK, U.S. DISTRICT COURT
By ___TEXAS ᴿᴹᴹ___
Deputy

# United States District Court

__NORTHERN__ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Ronald HAWTHORNE aka "Dump" (1)
Charles HAWTHORNE aka "Tonka" (2)
Ladarius FLOYD aka "Sak" (3)
Marty WILLIAMS aka "Mardy" (4)
Brandon LEE aka "Bee Lee" (5)
Curtis MILLER aka "Juice" (6)
Damion JONES (7)
Cory NICKERSON (8)
Brittany GUIGNARD aka "Boogie" (9)
Anthony HEMPHILL-PERSON aka "Blocc" (10)
Marquis MILES aka "BTG Twin" (11)
Gerald WHITEN aka "Redd" (12)
Kendreon FOWLER aka "Kenny Makk" (13)
Joshua CORDIER aka "Memphis" (14)

**COMPLAINT**

CASE NUMBER: 3-16-MJ-936 BF

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between December 15, 2015 and continuing through the present day December, 2016, the exact dates being unknown, in the Dallas Division of the Northern District of Texas, defendant(s):

(1) Ronald HAWTHORNE, Ladarius FLOYD, Marty WILLIAMS, Curtis MILLER, Cory NICKERSON, Anthony HEMPHILL-PERSON, and Marquis MILES,

knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together and with persons known and unknown to possess with the intent to distribute a Schedule II controlled substance,

in violation of Title 21, United States Code, Section(s) 846 (841(a)(1));

(2) Ronald HAWTHORNE, Ladarius FLOYD, Marty WILLIAMS, Curtis MILLER, Cory NICKERSON, Anthony HEMPHILL-PERSON, Marquis MILES, Gerald WHITEN and Kendreon FOWLER,

knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, Schedule II controlled substance,

(3) Ladarius FLOYD, Marty WILLIAMS, Cory NICKERSON, Anthony HEMPHILL-PERSON, Damion JONES and Kendreon FOWLER,

knowingly possesses a firearm during or in relation to a drug trafficking crime for which the person may be prosecuted in a court of the United States, and uses or carries the firearm in furtherance of the drug trafficking activity,

in violation of Title 18 United States Code, Section 924(c);

(4) Charles HAWTHORNE, Joshua CORDIER, Brandon LEE, Kendreon FOWLER, Gerald WHITEN and Damion JONES,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce or foreign commerce firearms, which had been shipped and transported in interstate or foreign commerce, during a trafficking crime,

in violation of Title 18, United States Code, Sections 922(g)(1); and

(5) Brittany GUIGNARD,

having received a firearm while under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate or foreign commerce a firearm, which had been shipped and transported in interstate or foreign commerce prior to the defendant's receipt of the firearm,

in violation of Title 18, United States Code, Section 922(n).

I further state that I am a(n) <u>Task Force Officer with the Bureau of Alcohol, Tobacco,</u>

<u>Firearms and Explosives (ATF)</u> and that this complaint is based on the following facts:

See attached Affidavit of Task Force Officer Jabari D. Howard, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:    <u>XX</u> Yes    No

Signature of Complainant
Jabari D. Howard
Task Force Officer, ATF

Sworn to before me and subscribed in my presence, on this <u>12th</u> day of <u>December</u>, 2016, at Dallas, Texas.

PAUL D. STICKNEY
<u>UNITED STATES MAGISTRATE JUDGE</u>
Name & Title of Judicial Officer                Signature of Judicial Officer

Affidavit of
Task Force Officer Jabari D. Howard
Bureau of Alcohol, Tobacco, Firearms and Explosives
(ATF)

I, Jabari D. Howard, being duly sworn, depose and state that:  I am a Task Force

Officer (TFO) in the ATF Dallas Field Division and employed as a Gang Detective with

the Dallas Police Department.   I began my law enforcement career with the Dallas Police

Department in August of 2003, and have been assigned to the Gang Unit since January of

2009.   Presently, I primarily investigate offenses involving gang members who commit

state and federal firearms and narcotics violations.    In my thirteen years as a law

enforcement officer, I have been involved in numerous gang and firearms investigations.

As a result, I am familiar with federal firearms and narcotics laws.

The information contained in this affidavit is based on my personal knowledge and

experience, and information provided by other law enforcement officers.   This affidavit

is being submitted for the purpose of securing arrest warrants for: (1) Ronald

HAWTHORNE aka "Dump"; (2) Charles HAWTHORNE aka "Tonka"; (3) Ladarius

FLOYD aka "Sak"; (4) Marty WILLIAMS aka "Mardy"; (5) Brandon LEE aka "Bee Lee";

(6) Curtis MILLER aka "Juice"; (7) Damion JONES; (8) Cory NICKERSON; (9) Brittany

GUIGNARD aka "Boogie"; (10) Anthony HEMPHILL-PERSON aka "Blocc"; (11)

Marquis MILES; (12) Gerald WHITEN aka "Redd"; (13) Kendreon FOWLER aka "Kenny

Makk"; (14) Joshua CORDIER aka "Memphis";   (hereinafter referred to as the "Bruised

Thumb DTO"), and it does not contain every fact gathered by all law enforcement officers during the investigation.

## FACTUAL BACKGROUND

On August 15, 2016, your affiant received information regarding a criminal street gang called the "Bruised Thumb Gang" that was trafficking illegal narcotics while armed at the Jacray Apartment complex located at 3823 Bonnie view Rd, Dallas, Texas 75216, which is located within the Dallas Division of the Northern District of Texas.   To follow up on this information, your affiant and ATF Special Agent Gustavo Benavides met with a confidential source (hereinafter "CS1") that your affiant deems reliable, who provided a detailed account of the drug operations of the Bruised Thumb DTO within the Jacray Apartments.

CS1 stated that one of the leaders of the illegal drug operation within the apartments goes by the nickname of "Dump," who your affiant later identified Ronald HAWTHORNE.   Ronald Hawthorne was convicted of a felony offense, Possession of a Controlled Substance, to-wit: Cocaine, on November 3, 2014, and he therefore is prohibited from possessing firearms.   CS1 also stated that "Dump," and other members of the Bruised Thumb Gang DTO utilized apartments 115, 117, 122, 123, 130, and 231 to distribute and house illegal narcotics as well as firearms.   Based on this information, ATF and DPD began an investigation into the Bruised Thumb Gang's drug trafficking activities that began in August of 2016 and continues through the date of this Affidavit.   During the

investigation, your Affiant identified the various members of the Bruised Thumb DTO who were working together to run a drug trafficking enterprise.

During the course of this investigation, your affiant learned that Ronald HAWTHORNE, along with several other members and affiliates of the "Bruised Thumb Gang" sell powder cocaine, crack cocaine, marijuana, codeine, and pcp, and they routinely display firearms while conducting narcotics transactions both inside and outside of the Jacray Apartment complex. Your affiant also learned about several arrests of Bruised Thumb Gang members involving illegal possession of firearms and narcotics that occurred before and during his investigation that were conducted by the Dallas Police Department that are relevant to your affiant's investigation and the underlying charges sought.

This affidavit sets forth facts and suggests reasonable inferences from those facts, establishing that there is probable cause to believe that from on or about December 16, 2015 through the present, the exact dates being unknown, in the Dallas Division of the Northern District of Texas the following individuals committed the following criminal offenses: **(1) Ronald HAWTHORNE aka "Dump"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance); **(2) Charles HAWTHORNE aka "Tonka"** (Title 18 U.S.C., Section 922(g)(1)- Felon in Possession of a Firearm)**; (3) Ladarius FLOYD aka "Sak"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section

Affidavit in Support of a Complaint – Page 3

924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(4) Marty WILLIAMS aka "Mardy"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(5) Brandon LEE aka "Bee Lee"** (Title 18 U.S.C., Section 922(g)(1)- Felon in Possession of a Firearm); **(6) Curtis MILLER aka "Juice"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance); **(7) Damion JONES** (Title 18 U.S.C., Sections 922(g)- Felon in Possession of a Firearm and Section 924(c)-Possession of a firearm during a drug trafficking crime); **(8) Cory NICKERSON** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime);; **(9) Brittany GUIGNARD aka "Boogie"** (Title 18 U.S.C., Section 922(n)-Illegal Receipt of a Firearm While Under Indictment; **(10) Anthony HEMPHILL-PERSON aka "Blocc"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(11) Marquis MILES aka "BTG Twin"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Section 846 -

Affidavit in Support of a Complaint – Page 4

Conspiracy to Possess With Intent to Distribute a Controlled Substance); **(12) Gerald**

**WHITEN aka "Redd"** (Title 21 U.S.C., Section 841(a)(1)- Possession With Intent to

Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a

Firearm During a Drug Trafficking Crime); **(13) Kendreon FOWLER aka "Kenny**

**Makk"** (Title 21 U.S.C., Section 841(a)(1)- Possession With Intent to Distribute a

Controlled Substance and Title 18 U.S.C., Section 922(g)(1)- Felon in Possession of a

Firearm)**; and (14) Joshua CORDIER aka "Memphis"** (Title 18 U.S.C., Section

922(g)(1)- Felon in Possession of a Firearm)**.**

## PROBABLE CAUSE

On December 16, 2015, a Dallas Police officer initiated a traffic stop on a vehicle

driven by Charles HAWTHORNE aka "Tonka," after observing that the vehicle had a

paper plate fixed that was not visible from the rear of the vehicle.    During the traffic stop,

officers observed C. HAWTHORNE to be extremely nervous, and he repeatedly refused

to comply with officer commands to lower his window. C. HAWTHORNE reached around

the inside of his vehicle during the interaction, which led the officer to ask HAWTHORNE

if he had anything in the vehicle that Officer's needed to know about.    HAWTHORNE

produced a small bag of marijuana from his pants pockets while he was still seated in his

vehicle and threw the bag on his dashboard.    After repeatedly being asked to unlock his

door, HAWTHORNE eventually complied and was taken into custody.    Officers

recovered the bag of marijuana that HAWTHORNE had thrown on his dashboard which

weighed approximately .2 grams of marijuana.    Because HAWTHORNE was being

Affidavit in Support of a Complaint – Page 5

arrested, officers decided to impound his vehicle. During an inventory search of the vehicle, officers located a loaded Taurus, Model PT911, 9mm pistol underneath the driver's seat. Officers determined that Charles HAWTHORNE was a previously convicted of felonies, namely: Possession of a Controlled Substance in 2008 and 2011, and Unlawful Possession of a Firearm in 2011. Accordingly, officers arrested Charles HAWTHORNE for possession of marijuana and unlawful possession of a firearm by a felon. This case remains pending at Dallas County. This firearm was manufactured outside the state of Texas.

On September 8, 2016, Brandon LEE aka "B-Lee" was driving a vehicle, and Ronald Hawthorne aka "Dump" was his passenger. DPD initiated a traffic stop on the vehicle for an expired registration. During the traffic stop, officers learned that both LEE and Hawthorne had outstanding warrants, so they arrested them. Officers asked LEE for consent to search the car for contraband, and he verbally agreed to the search, indicating there was nothing illegal in the vehicle. Pursuant to this consent and to DPD policy, officers conducted an inventory search of the vehicle for items of value prior to the car being towed. During that search, officers located a black, Glock, Model 22 gen, .40 caliber, pistol in a black back pack in the rear center seat along with approximately $8,374.00 in U.S. Currency. Officers determined that Brandon LEE was a previously convicted of felonies, namely Burglary in 2006 and Delivery of a Controlled Substance in 2004. Accordingly, officers charged Brandon LEE for unlawful possession of a firearm by a felon. This case remains pending at Dallas County. This firearm was manufactured outside the state of

Affidavit in Support of a Complaint – Page 6

Texas.

Your affiant enlisted the assistance of two confidential informants, specifically Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Confidential Informant (CI) #2478 (hereinafter "CI-2478") and #8379 (hereinafter "CI-8379"), to attempt to purchase narcotics from various members of the Bruised Thumb DTO. CI-2478 and CI-8379 obtained an apartment in the Jacray Apartment complex, and one or both of them lived there from October of 2016 to the present. During the time CI-2478 and CI-8379 lived in the apartment, they met and identified many of the members of the Bruised Thumb DTO. The apartment had audio-video recording equipment, and this equipment captured many of the narcotics and firearms transactions. Unless otherwise noted, the drug and firearm transactions described below were audio and/or video recorded. Law enforcement monitored each transaction described below. The October 1, 2016, transaction was the only transaction not recorded.

On October 1, 2016, CI-2478 met with Ronald HAWTHORNE aka "Dump" in the breeze way area of the Jacray apartment complex located at 3823 Bonnie View Rd., Dallas, Texas 75126. CI-2478 negotiated a drug transaction during which Ronald HAWTHORNE aka "Dump" agreed to sell CI-2478 one ounce of crack cocaine for $1,000.00. Ronald HAWTHORNE aka "Dump" provided CI-2478 his cell phone number so they could finalize the transaction in the next few days. Two days later, on October, 3, 2016, at approximately 7:00 pm, Ronald HAWTHORNE aka "Dump" sent Curtis MILLER aka "Juice" to the CI's apartment to discuss the drug transaction further. CI-2478 affirmed to

Affidavit in Support of a Complaint – Page 7

Curtis MILLER aka "Juice" that he wanted to buy one (1) ounce of crack cocaine, but MILLER did not bring the cocaine with him as discussed. So, about half an hour later, CI-2478 walked into apartment #130 and purchased approximately one (1) ounce of crack cocaine from Marquis MILES aka "BTG Twin" in exchange for $1,000.00. Because this transaction happened in a short timeframe, and not inside the CI's apartment, it was not audio or video recorded. The cocaine field-tested positive for the presence of cocaine.

On October 4, 2016, CI-8379 met with Curtis MILLER aka "Juice" in the breezeway area of the Jacray Apartment complex. CI-8379 negotiated a drug transaction with Curtis MILLER aka "Juice" in which MILLER agreed to sell CI-8379 two (2) ounces of crack cocaine for $2,000.00. On October 5, 2016, (CI) #8379 purchased one (1) ounce of crack cocaine from Curtis MILLER aka "Juice" for $1,000.00. MILLER did not have the second ounce they discussed at that time. During the transaction, Marty WILLIAMS aka "Mardy" and Anthony HEMPHILL-PERSON aka "Blocc" were present and armed with handguns. The cocaine field-tested positive for the presence of cocaine.

Then, on October 11, 2016, CI-8379 met with Curtis MILLER aka "Juice" in the common area of the Jacray Apartment complex, and the two discussed MILLER selling CI-8379 two (2) ounces of crack cocaine. The next day, at approximately 6:00 p.m., CI-8379 went to apartment #130 to complete the cocaine purchase. When CI-8379 arrived at apartment #130, he encountered Anthony HEMPHILL-PERSON aka "Blocc," and told him he was supposed to buy two (2) ounces of crack cocaine from Curtis MILLER aka "Juice." Anthony HEMPHILL-PERSON aka "Blocc" told CI-8379 that Ronald "Dump"

Affidavit in Support of a Complaint – Page 8

HAWTHORNE would have the two (2) ounces of crack cocaine for him shortly.    CI-8739 left the apartment.

At approximately 7:30 p.m. that same night, CI-8379 and CI-2478 returned to apartment #130 and purchased two (2) ounces of crack cocaine from Ronald HAWTHORNE aka "Dump" for $2000.00.  Cory NICKERSON, Marty WILLIAMS, Anthony HEMPHILL-PERSON aka "Blocc", and Ladarius FLOYD aka "Sak" were present and displaying firearms during the drug transaction.  The cocaine field-tested positive for the presence of cocaine.

On October 24, 2016, CI- 8379 met with Ronald HAWTHORNE aka "Dump" in the courtyard area of the Jacray Apartment complex, and they discussed another crack cocaine transaction. CI-8379 negotiated a drug transaction in which Ronald HAWTHORNE aka "Dump" agreed to sell CI-8379 four and a half (4.5) ounces of powder cocaine for $4,500.00.  Two days later, Ronald HAWTHORNE aka "Dump" contacted CI-8379 and said the cocaine was ready, and that he would send Curtis MILLER aka "Juice" to conduct the cocaine transaction with CI-8379.   Later that day, at approximately 12:35 pm, CI-8379 met with Curtis MILLER aka "Juice" inside of CI-8379's apartment and purchased four and a half ounces of cocaine for $4,550.00 in which Curtis MILLER aka "Juice" charged CI-8379 an additional $50.00 than discussed.  The cocaine field-tested positive for the presence of cocaine.

On October 27, 2016, a known associate of the Bruised Thumb Gang, Brittany

Affidavit in Support of a Complaint – Page 9

GUIGNARD aka "Boogie," was arrested by the Dallas Police Department Vice Unit for prostitution and unlawful carrying of a weapon (firearm) at the Wingate Hotel, located at 8650 N Stemmons Freeway, Dallas, Texas.   Dallas Vice detectives set up a prostitution "date" with GUIGNARD, and she brought a loaded chrome, Rossi .38 special revolver in which officers found the revolver inside of GUIUGNARD'S purse incident to her arrest. Officers determined the firearm was reported stolen out of the city of Garland, Texas on December 8, 2014.   GUIGNARD was indicted for Possession of a Controlled Substance out of the 291st Judicial District Court, Dallas, County on July 16, 2014, and she was placed on four years of felony deferred adjudication probation on January 21, 2016.   Section 18 United States Code Section 922(n) prohibits individuals from obtaining firearms while under felony indictment.   Because GUIGNARD obtained the firearm sometime after it was stolen in December of 2014, while she was under felony indictment, she was prohibited from possessing the firearm on October 27, 2016.

On November 10, 2016, the Dallas Police Department initiated a traffic stop on a vehicle driven by Damion JONES after observing the vehicle fail to signal for 100 feet continuously before turning left.   JONES is an associate of the "Bruised Thumb Gang," who supplies the gang high grade marijuana. While speaking to JONES, officers observed JONES to be very nervous and stuttering while answering officer's questions. When officers asked JONES, if he had a gun in the car, JONES turned his head toward the center console of the vehicle and replied "No." It was at this time that officers asked JONES to exit the vehicle in order for officers to conduct a Terry frisk for officer safety of the

Affidavit in Support of a Complaint – Page 10

immediate wingspan area of where JONES was seated.   Officers found a black, Springfield, .40 Caliber, Model XD-40 pistol loaded with 10 live rounds in the magazine and 1 live round in the chamber. Based on finding the gun and JONES's demeanor, officers requested K9 officer to come to the location.   The K9 alerted to the back passenger seat of the vehicle, while conducting a perimeter narcotic sniff of the vehicle.   The K9 was placed inside of the backseat for a probable cause search of the vehicle due to the alert in which the K9 immediately alerted on a Ninja Turtles backpack located on the backseat floor board of the vehicle.   The backpack contained a vacuum sealed clear plastic bag of approximately 450.7 grams of marijuana and a vacuum sealer machine.   JONES had previously been convicted of the felony offense of Aggravated Robbery in 2007 in the 265th Judicial District Court, Dallas County, so he was prohibited from possessing a firearm under federal and state law.   The firearm was manufactured outside the state of Texas. Officers arrested JONES for unlawful possession of a firearm and felony possession of marijuana.

Also on November 10, 2016, CI-8379 met with Kendreon FOWLER aka "KENNY MAKK" in the breezeway are of the Jacray Apartment complex.   CI- #8379 arranged to purchase two (2) ounces of powder cocaine from Kendreon FOWLER aka "KENNY MAKK" for $950.00 per ounce.   Kendreon FOWLER aka "KENNY MAKK" and CI-8379 agreed to remain in contact to finalize the narcotics transaction the following week. Then, on November 16, 2016, CI-8379 purchased one (1) ounce of cocaine from Kendreon FOWLER aka "KENNY MAKK" for $950.00; FOWLER did not have the additional

Affidavit in Support of a Complaint – Page 11

ounce of cocaine at that time.   The cocaine field-tested positive for the presence of cocaine.

Likewise, on November 16, 2016, CI-8379 met with Curtis MILLER aka "Juice" outside of apartment #130 to negotiate the purchase of a handgun from Curtis MILLER aka "Juice" for $500.00.   A short time later, Curtis MILLER aka "Juice" sold CI-8379 a .40 caliber Beretta pistol, a magazine, and (13) rounds of ammunition to CI -8379 for $500.00.

During the morning of November 21, 2016, CI-8379 contacted Kendreon FOWLER aka "KENNY MAKK" by cell phone and arranged to purchase two (2) ounces of cocaine and a firearm from FOWLER.   Later that day, CI-8379 met with FOWLER and purchased two (2) ounces of cocaine for $1,900.00, and a loaded Smith & Wesson, Model M&P .40 caliber pistol for $275.00.   The cocaine field-tested positive for the presence of cocaine. FOWLER was previously convicted of the felony offense of Manufacturing/Delivery of a Controlled Substance in the Criminal District Court #2, Dallas County, Texas on May 9, 2006, therefore he is prohibited from possessing firearms under federal law.   The firearm he sold to CI-8379 was not manufactured in the state of Texas.

On November 23, 2016, Dallas Police Department patrol officers responded to a 911 call at the Jacray apartments.   The caller indicated that someone may have been shot outside of apartment #130.   Dallas Police Department patrol officers made contact with Gerald WHITEN aka "Redd" at the location.   Officers observed in plain view several firearms and narcotics located inside of the living room of apartment #130, and in the

Affidavit in Support of a Complaint – Page 12

dining room and kitchen areas of the apartment. Based on these observations, DPD sought and obtained a search warrant for apartment #130. Officers located a Smith & Wesson, .40 caliber, Model SD40 pistol on the loveseat sofa inside of the living room. Officers also located a SCCY Industries, 9mm, Model CPX-2 pistol on the left armrest of the loveseat sofa, in which an NCIC check of this pistol showed the pistol to had been stolen out of Colorado. On the dining room table, officers located a Taurus, .45 caliber, model PT 24/7 G2 pistol. A large quantity of narcotics was found inside of the kitchen and dining room areas of the apartment. Approximately 111.3 grams of cocaine was found on the dining room table as well as in the kitchen cabinets. Approximately 308.5 grams of marijuana and 24.4 grams of Alprazolam was found inside of the kitchen cabinets. WHITEN was arrested on state drug and firearms charges.

On November 30, 2016, at approximately 1:00 p.m. CI-8379 went to Jacray apartment #118 and purchased two firearms from Joshua CORDIER aka "Memphis" for $600.00 of U.S. Currency. The firearms are described as being 1) a Taurus semi-automatic pistol, Model PT609Pro, 9mm, s/n#TDS79694 and 2) a Benelli pump-action shotgun, model Nova, 12 gauge, s/n#Z404951. A NCIC check of the shotgun showed it to had been stolen out of the City of Desoto on November 17, 2016. Cordier was convicted of a felony offense, namely Aggravated Burglary out of Shelby County, Tennessee in 2012.

## CONCLUSION

Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that between December 15, 2015 and continuing through the present day, the exact dates being unknown, within the Dallas Division of the Northern District of Texas, the following individuals committed the following criminal offenses: **(1) Ronald HAWTHORNE aka "Dump"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance); **(2) Charles HAWTHORNE aka "Tonka"** (Title 18 U.S.C., Section 922(g)(1)- Felon in Possession of a Firearm)**; (3) Ladarius FLOYD aka "Sak"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(4) Marty WILLIAMS aka "Mardy"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(5) Brandon LEE aka "Bee Lee"** (Title 18 U.S.C., Section 922(g)(1)- Felon in Possession of a Firearm)**; (6) Curtis MILLER aka "Juice"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance); **(7) Damion JONES (**Title 18 U.S.C., Sections 922(g)- Felon in Possession of a Firearm and

Affidavit in Support of a Complaint – Page 14

Section 924(c)-Possession of a firearm during a drug trafficking crime); **(8) Cory NICKERSON** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(9) Brittany GUIGNARD aka "Boogie"** (Title 18 U.S.C., Section 922(n)-Illegal Receipt of a Firearm While Under Indictment; **(10) Anthony HEMPHILL-PERSON aka "Blocc"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance; Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(11) Marquis MILES aka "BTG Twin"** (Title 21 U.S.C., Sections 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Section 846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance); **(12) Gerald WHITEN aka "Redd"** (Title 21 U.S.C., Section 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 924(c)-Possession of a Firearm During a Drug Trafficking Crime); **(13) Kendreon FOWLER aka "Kenny Makk"** (Title 21 U.S.C., Section 841(a)(1)- Possession With Intent to Distribute a Controlled Substance and Title 18 U.S.C., Section 922(g)(1)- Felon in Possession of a

(Nothing Further on this Page)

Affidavit in Support of a Complaint – Page 15

Firearm); and **(14) Joshua CORDIER aka "Memphis"** (Title 18 U.S.C., Section 922(g)(1)- Felon in Possession of a Firearm).



AFFIANT
Jabari D. Howard
Task Force Officer, ATF

Subscribed and sworn to before me on this 12 th day of December, 2016.



PAUL D. STICKNEY
United States Magistrate Judge

Affidavit in Support of a Complaint – Page 16