ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 0 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

NO.

RONALD HAWTHORNE
  aka "Dump" (1)
CHARLES HAWTHORNE
  aka "Tonka" (2)
LADARIUS FLOYD
  aka "Sak" (3)
DEMARIO WILLIAMS
  aka "Mardy" (4)
BRANDON LEE
  aka "Bee Lee" (5)
CURTIS MILLER
  aka "Juice" (6)
DAMION JONES (7)
CORY NICKERSON (8)
BRITTNAY GUIGNARD
  aka "Boogie" (9)
ANTHONY HEMPHILL-PERSON
  aka "Blocc" (10)
MARQ MILES
  aka "BTG Twin" (11)
GERALD WHITEN
  aka "Redd" (12)
KENDREON FOWLER
  aka "Kenny Makk" (13)
JOSHUA CORDIER
  aka "Memphis" (14)
NATHANIEL SMITH
  aka "Robert Johnson"
  aka "Fro"    (15)
COURTNEY SMITH
  aka "Courtney Mac"  (16)
JAZMYN FRANKLIN  (17)
  aka "Jazz"

3 - 1 7 C R - 0 1 8 - K

Indictment – Page 1

## INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 16, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Charles Hawthorne a.k.a. "Tonka,"** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely: a Taurus, Model PT-911, 9 millimeter semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count Two
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about September 8, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Brandon Lee a.k.a. "B-Lee,"** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely: a Glock, Model 22, .40 caliber semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Count Three</u>
Conspiracy to Possess with Intent to Distribute Cocaine
(In violation 21 U.S.C. § 846)

From on or about October 1, 2016 through on or about October 3, 2016, in the

Dallas Division of the Northern District of Texas and elsewhere, **Ronald Hawthorne**

**a.k.a. "Dump," Curtis Miller a.k.a. "Juice,"** and **Marq Miles a.k.a "BTG Twin,"** the

defendants, did knowingly and intentionally combine, conspire, confederate and agree

together and with each other to distribute and possess with the intent to distribute a

mixture and substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

All in violation of 21 U.S.C. § 846.

<u>Count Four</u>
Conspiracy to Possess with Intent to Distribute Cocaine
(In violation 21 U.S.C. § 846)

From on or about October 4, 2016 through on or about October 5, 2016, in the

Dallas Division of the Northern District of Texas and elsewhere, **Curtis Miller a.k.a.**

**"Juice," Demario Williams a.k.a. "Mardy",** and **Anthony Hemphill-Person a.k.a.**

**"Blocc,"** the defendants, did knowingly and intentionally combine, conspire, confederate

and agree together and with each other to distribute and possess with the intent to

distribute fifty grams or more of a mixture and substance containing a detectable amount

of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§

841(a)(1), (b)(1)(B).

All in violation of 21 U.S.C. § 846.

Count Five
Conspiracy to Possess with Intent to Distribute Cocaine Base
(In violation 21 U.S.C. § 846)

From on or about October 11, 2016 through on or about October 12, 2016, in the

Dallas Division of the Northern District of Texas and elsewhere, **Curtis Miller a.k.a.**

**"Juice,"  Demario Williams a.k.a. "Mardy," Anthony Hemphill-Person a.k.a.**

**"Blocc," Cory Nickerson, Ladarius Floyd a.ka. "Sak,"** and **Ronald Hawthorne a.k.a.**

**"Dump,"** the defendants, did knowingly and intentionally combine, conspire,

confederate and agree together and with each other to distribute and possess with the

intent to distribute fifty grams or more of a mixture and substance containing a detectable

amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§

841(a)(1), (b)(1)(B).

All in violation of 21 U.S.C. § 846.

Count Six
Possession of a Firearm in
Furtherance of Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A))

On or about October 12, 2016, in the Dallas Division of the Northern District of

Texas, **Curtis Miller a.k.a. "Juice," Demario Williams a.k.a. "Mardy," Anthony**

**Hemphill-Person a.k.a. "Blocc," Cory Nickerson, Ladarius Floyd a.k.a. "Sak,"** and

**Ronald Hawthorne a.k.a. "Dump,"** defendants, knowingly and intentionally possessed

firearms, in furtherance of a drug trafficking crime, for which the defendants may be

prosecuted in a court of the United States, namely, possession with the intent to distribute

cocaine base, as charged in Count Five.

In violation of 18 U.S.C. § 924(c)(1)(A); the punishment for which is found at 18

U.S.C. § 924(c)(1)(A)(i).

<u>Count Seven</u>
Conspiracy to Possess with Intent to Distribute Cocaine
(In violation 21 U.S.C. § 846)

From on or about October 24, 2016 through on or about October 26, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, **Curtis Miller a.k.a. "Juice,"** and **Ronald Hawthorne a.k.a. "Dump,"** the defendants, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

All in violation of 21 U.S.C. § 846.

<u>Count Eight</u>
Conspiracy to Possess with Intent to Distribute Cocaine
(In violation 21 U.S.C. § 846)

On or about December 13, 2016, in the Dallas Division of the Northern District of

Texas and elsewhere, **Nathaniel Smith a.k.a. "Robert Johnson" a.k.a. "Fro," Marq**

**Miles a.k.a "BTG Twin"** and **Jazmyn Franklin a.k.a. "Jazz,"** the defendants, and

others known and unknown to the Grand Jury, did knowingly and intentionally combine,

conspire, confederate and agree together and with each other to distribute and possess

with the intent to distribute a mixture and substance containing a detectable amount of

cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1),

(b)(1)(C).

All in violation of 21 U.S.C. § 846.

Count Nine
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(e))

On or about December 13, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Nathaniel Smith a.k.a. "Robert Johnson" a.k.a. "Fro,"** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, namely: (1) a Taurus, Model PT-709 Slim, 9 millimeter semi-automatic pistol and (2) a Taurus, Model PT-845, .45 caliber semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

<u>Count Ten</u>
Illegal Receipt of a Firearm by a Person Under Indictment
(Violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D))

Between on or about December 8, 2014 and October 27, 2016, the exact dates

being unknown, in the Dallas Division of the Northern District of Texas and elsewhere,

the defendant, **Brittnay Guignard a.k.a. "Boogie,"** who was then under indictment for a

crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a

Controlled Substance out of the 291st Judicial District Court, Dallas, County, Texas, did

willfully receive a firearm, namely a Rossi, Model 38 Special, .38 caliber revolver, said

firearm having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

<u>Count Eleven</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 10, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Damion Jones**, having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearm, namely a Springfield, Model XD-40, .40 caliber semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Count Twelve</u>
Possession of a Firearm in
Furtherance of Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A))

On or about November 10, 2016, in the Dallas Division of the Northern District of

Texas, **Damion Jones**, defendant, knowingly and intentionally possessed a firearm in

furtherance of a drug trafficking crime, for which the defendant may be prosecuted in a

court of the United States, namely, possession with the intent to distribute marijuana.

In violation of 18 U.S.C. § 924(c)(1)(A); the punishment for which is found at 18

U.S.C. § 924(c)(1)(A)(i).

Count Thirteen
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C))

On or about November 16, 2016, in the Dallas Division of the Northern District of

Texas, the defendant, **Kendreon Fowler a.k.a. "Kenny Makk,"** did knowingly and

intentionally possess with intent to distribute a mixture or substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(C).

<u>Count Fourteen</u>
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C))

On or about November 21, 2016, in the Dallas Division of the Northern District of

Texas, the defendant, **Kendreon Fowler a.k.a. "Kenny Makk,"** did knowingly and

intentionally possess with intent to distribute a mixture or substance containing a

detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(C).

## Count Fifteen
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 21, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Kendreon Fowler a.k.a. "Kenny Makk,"** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearm, namely a Smith & Wesson, Model M&P, .40 caliber semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count Sixteen
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C))

On or about November 23, 2016, in the Dallas Division of the Northern District of

Texas, the defendant, **Gerald Whiten a.k.a. "Redd,"** did knowingly and intentionally

possess with intent to distribute a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(C).

Count Seventeen
Possession of a Firearm in
Furtherance of Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A))

On or about November 23, 2016, in the Dallas Division of the Northern District of

Texas, **Gerald Whiten a.k.a. "Redd,"** defendant, knowingly and intentionally possessed

firearms, in furtherance of a drug trafficking crime, for which the defendant may be

prosecuted in a court of the United States, namely, possession with the intent to distribute

cocaine, as charged in Count Sixteen.

In violation of 18 U.S.C. § 924(c)(1)(A); the punishment for which is found at 18

U.S.C. § 924(c)(1)(A)(i).

<u>Count Eighteen</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 30, 2016, in the Dallas Division of the Northern District of

Texas, the defendant, **Joshua Cordier a.k.a. "Memphis,"** having being convicted of a

crime punishable by imprisonment for a term exceeding one year, did knowingly and

unlawfully possess in and affecting interstate and foreign commerce firearms, namely: 1)

a Taurus, Model PT609Pro, 9 millimeter, semi-automatic pistol and 2) a Benelli,  Model

Nova, 12 gauge shotgun.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count Nineteen
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 13, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Courtney Smith a.k.a. "Courtney Mac,"** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, namely: (1) a Cobray Model M-11, 9 millimeter semi-automatic pistol; (2) a Fie Corp., Model Titan, .25 caliber semi-automatic pistol; and (3) a Smith and Wesson, Model SD-40VE, .40 caliber semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Count Twenty</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 13, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Ronald Hawthorne a.k.a. "Dump,"** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, namely: (1) a Heritage Mfg., Inc., Model Rough Rider, 22 caliber revolver; (2) a Tanfoglio Giuseppe, Model GT-27, .25 caliber semi-automatic pistol; (3) FN Herstal, Model 5-7, .57 caliber semi-automatic pistol; and (4) Sig Sauer, Model P-220 Elite, .45 caliber semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count Twenty One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 13, 2016, in the Dallas Division of the Northern District of

Texas, the defendant, **Ladarius Floyd a.k.a. "Sak,"** having being convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly and

unlawfully possess in and affecting interstate and foreign commerce firearms, namely: (1)

a Taurus, Model The Judge, .45 caliber/.410 gauge revolver (2) a Glock, Model 26 GEN

4, 9 millimeter, semi-automatic pistol; and (3) DPMS (Defense Procurement Mfg.

Services) Inc., Model A-15, .223 caliber rifle.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d), 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Counts One, Two, Nine, Ten, Eleven, Fifteen, Eighteen, Nineteen, Twenty, Twenty One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendants, **Ronald Hawthorne a.k.a. "Dump," Ladarius Floyd a.k.a. "Sak," Courtney Smith a.k.a. "Courtney Mac," Nathaniel Smith a.k.a. "Robert Johnson" a.k.a. "Fro," Charles Hawthorne a.k.a. "Tonka," Brandon Lee a.k.a. "B-Lee," Brittnay Guignard a.k.a. "Boogie," Damion Jones, Kendreon Fowler a.k.a. "Kenny Makk," Joshua Cordier a.k.a. "Memphis,"** shall forfeit to the United States of America, all firearms involved or used in the respective offense.

The above-referenced property includes, but is not limited to, the following:

(1) a Taurus, Model PT-911, 9 millimeter semi-automatic pistol;

(2) a Glock, Model 22, .40 caliber semi-automatic pistol;

(3) a Taurus, Model PT-709 Slim, 9 millimeter semi-automatic pistol;

(4) a Taurus, Model PT-845, .45 caliber semi-automatic pistol;

(5) a Rossi, Model 38 Special, .38 caliber revolver;

(6) a Springfield, Model XD-40, .40 caliber semi-automatic pistol;

(7) a Smith & Wesson, Model M&P, .40 caliber semi-automatic pistol;

(8) a Taurus, Model PT609Pro, 9 millimeter, semi-automatic pistol;

(9) a Benelli, Model Nova, 12 gauge shotgun;

(10) a Cobray Model M-11, 9 millimeter semi-automatic pistol;

(11) a Fie Corp., Model Titan, .25 caliber semi-automatic pistol;

(12) a Smith and Wesson, Model SD-40VE, .40 caliber semi-automatic pistol;

(13) a Heritage Mfg., Inc., Model Rough Rider, 22 caliber revolver;

(14) a Tanfoglio Giuseppe, Model GT-27, .25 caliber semi-automatic pistol;

(15) a FN Herstal, Model 5-7, .57 caliber semi-automatic pistol;

(16) a Sig Sauer, Model P-220 Elite, .45 caliber semi-automatic pistol;

(17) a Taurus, Model The Judge, .45 caliber/.410 gauge revolver;

(18) a Glock, Model 26 GEN 4, 9 millimeter, semi-automatic pistol;

(19) a DPMS (Defense Procurement Mfg. Services) Inc., Model A-15, .223 caliber rifle; and

(20) any ammunition seized with these firearms.


TRUE BILL

FOREPERSON


JOHN R. PARKER
UNITED STATES ATTORNEY


Cara Foos Pierce
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8678
Facsimile: 214-659-8809

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

RONALD HAWTHORNE aka "Dump" (1), CHARLES HAWTHORNE
aka "Tonka" (2), LADARIUS FLOYD    aka "Sak" (3), DEMARIO WILLIAMS
aka "Mardy" (4), BRANDON LEE aka "Bee Lee" (5), CURTIS MILLER
aka "Juice" (6), DAMION JONES (7), CORY NICKERSON (8),
BRITTNAY GUIGNARD aka "Boogie" (9), ANTHONY HEMPHILL-PERSON
aka "Blocc" (10), MARQ MILES aka "BTG Twin" (11), GERALD WHITEN
aka "Redd" (12), KENDREON FOWLER aka "Kenny Makk" (13),
JOSHUA CORDIER aka "Memphis" (14), NATHANIEL SMITH
aka "Robert Johnson" aka "Fro" ,(15), COURTNEY SMITH
aka "Courtney Mac"(16), JAZMYN FRANKLIN (17) aka "Jazz"

---

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute Cocaine

18 U.S.C. §§ 924(c)(1)(A)
Possession of a Firearm in Furtherance of Drug Trafficking Crime
21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute Methamphetamine

18 U.S.C. §§ 922(g)(1) and 924(e)
Felon in Possession of a Firearm

18 U.S.C. §§ 922(n) and 924(a)(1)(D)
Illegal Receipt of a Firearm by a Person Under Indictment

21 U.S.C. § 841(a) and (b)(1)(C)
Possession with Intent to Distribute Cocaine

(18 U.S.C. § 924(d), 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c))
Forfeiture Notice

21 Counts

A true bill rendered

_____

DALLAS                                                    FOREPERSON

Filed in open court this 10th day of January, 2017.

**Warrant to be Issued For DAMION JONES (7), ANTHONY HEMPHILL-
PERSON(10),  BRITTNAY GUIGNARD (9), JAZMYN FRANKLIN(17) only**

_____

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3-16-MJ-936 BF